# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3509
_____

PATSY BRADLEY, as the Personal
Representative of Estate of
Drew Kaiser; and JOHN WILSON,

    Appellants,

    v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
Suzanne Van Wyk, Administrative Law Judge.


March 4, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Kenneth G. Oertel, Oertel, Fernandez, Bryant & Atkinson, P.A., Tallahassee, for Appellants.

Rhonda Parnell, Assistant General Counsel, Florida Fish and Wildlife Conservation Commission, Tallahassee, for Appellee.